United States District Court
for the District of New Jersey

_____

**UNITED STATES OF AMERICA**

        Plaintiff

        vs.

**ENRIQUE MARBAN-SANCHEZ, ET AL.**

        Defendant
_____

Crim. 99-222

Order of Reassignment

It is on this 31st day of January 2012,

O R D E R E D that the entitled action is reassigned

from Judge Garrett E. Brown Jr. to Judge Esther Salas.

                                        S/Jerome B. Simandle
                              Jerome B. Simandle, Chief Judge
                              United States District Court